**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRANADOS,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>K. HOLLAND, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. ED CV 13-00144 ABC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 12/9/13

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE