**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRANADOS,<br><br>    Petitioner,<br><br>  vs.<br><br>K. HOLLAND, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 13-00144 ABC (RZ)<br><br>JUDGMENT |

    This matter came before the Court on the Petition of WILLIAM GRANADOS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

    DATED: December 9, 2013

                     *Audrey B. Collins*

                  AUDREY B. COLLINS
                 UNITED STATES DISTRICT JUDGE